Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

OSBORNE, Respondent, v. WHITING et al., Appellants. (Supreme Court, Appellate Division, Second Department. November 29, 1905.) Action by George W. Osborne against William A. Whiting and George W. Oakley, as executors, etc. No opinion. Judgment and order affirmed, with costs.

OSER, Respondent, v. HERRMANN, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Action by Martha Oser, agent of Adolph Oser, against Charles A. Herrmann. No opinion. Motion to dismiss appeal granted, with costs.

O'SHEA, Respondent, v. LEHIGH VALLEY R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. December 5, 1905.) Action by Daniel O'Shea, as administrator, etc., of Dennis O'Shea, deceased, against the Lehigh Valley Railroad Company. No opinion. Order unanimously affirmed, with costs.

OTTO E. REIMER CO., Respondent, v. EIRICH, Appellant. (Supreme Court, Appellate Division, Second Department. December 8, 1905.) Action by the Otto E. Reimer Company against Bertha Eirich. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re PAINTER. (Supreme Court, Appellate Division, Third Department. December 8, 1905.) In the matter of the application of John N. Painter for admission to practice as an attorney and counselor at law. No opinion. Application granted.

PEACE, Respondent, v. McADOO, Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Ahi Peace against William McAdoo, as police commissioner, etc. No opinion. The provision of the charter upon which the determination of this controversy depended having been amended since the action was brought, we do not think it is proper to grant leave to appeal to the Court of Appeals. The motion is therefore denied.

PEACE, Respondent, v. WILSON et al., Appellants. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Action by Hugh K. Peace against James G. Wilson and another. C. E. Souther, for appellants. W. M. Bennett, for respondent. No opinion. Judgment affirmed, with costs.

PEARSALL et al., Respondents, v. STEWART et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Action by Thomas E. Pearsall and others against Thomas H. Stewart and Ella F. Stewart. No opinion. Motion for leave to amend printed case on appeal granted.

PEOPLE, Respondent, v. BARTELS, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Proceedings by the people of the state of New York against Herman Bartels, Sr.

PER CURIAM. Motion to dismiss appeal denied. Order denying motion to change venue affirmed.

HISCOCK, J., not voting.

PEOPLE, Appellant, v. BRIGGS, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 6, 1905.) Proceedings by the people of the state of New York against Charles M. Briggs.

PER CURIAM. Order modified, so as to require the plaintiff, under each date of alleged violation, to specify either the place or places, or the person or persons, where or to whom it is alleged the defendant sold, as and for certified milk, milk that had not been certified, and, as thus modified, affirmed, without costs of this appeal to either party.

WILLIAMS and NASH, JJ., dissent.

PEOPLE, Respondent, v. CHRISTIANNA, Appellant. (Supreme Court, Appellate Division, Second Department. January 12, 1906.) Proceedings by the people of the state of New York against Michael Christianna.

PER CURIAM. We think the evidence is insufficient to establish the guilt of the accused beyond a reasonable doubt. Judgment of conviction reversed.

PEOPLE, Respondent, v. DIBOL et al., Appellants. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against David J. Dibol, James E. Simmons, and Frank Robinson. No opinion. Motion to dismiss appeal denied, with leave to respondent to renew motion, unless the case be placed on the calendar and the briefs filed for the March term of this court.

PEOPLE v. DIBOL et al. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York against David J. Dibol and others. No opinion. Motion granted. Order filed.

PEOPLE, Respondent, v. GIANVECCHIO, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Gaetano Gianvecchio. No opinion. Motion denied.

PEOPLE v. GIANVECCHIO. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York against Gaetano Gianvecchio. No opinion. Motion denied. Order filed.

PEOPLE, Respondent, v. KOPP, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against George Kopp. No opinion. Motion to dismiss appeal denied, with leave to respondent to renew motion, unless the case be placed on

the calendar and the briefs filed for the April term of this court.

PEOPLE, Respondent, v. LAMSON, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Harrison G. Lamson. No opinion. Motion to dismiss appeal granted.

PEOPLE v. LOPINTO. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Proceedings by the people of the state of New York against Frank Lopinto. No opinion. Motion denied on conditions stated in memorandum per curiam.

PEOPLE, Respondent, v. LORSEN, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York against Lors Lorsen. J. E. Smith, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed.

PEOPLE; Respondent, v. MENZEL, Appellant. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Richard M. Menzel. No opinion. Motion to dismiss appeal granted.

PEOPLE, Respondent, v. THOMAS, Appellant. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York against Edward R. Thomas. P. J. Rooney, for appellant. R. C. Taylor, for respondent.

PER CURIAM. Judgment affirmed.
LAUGHLIN, J., dissents.

PEOPLE, Respondent, v. WEISBERG, Appellant. et al. (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Harry Weisberg, impleaded, etc. No opinion. Motion to dismiss appeal denied, with leave to respondent to renew motion, unless the case be placed on the calendar and the briefs filed for the March term of this court.

PEOPLE v. WEISBERG. (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York against Harry Weisberg. No opinion. Motion granted. Order filed.

PEOPLE ex rel. ARCHER, Respondent, v. McADOO, Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Proceedings by the people of the state of New York on the relation of Thomas Archer, against William McAdoo, as police commissioner, etc. No opinion. Motion to resettle order granted.

PEOPLE ex rel. BALDWIN, Respondent, v. McADOO, Police Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Proceedings by the people of the state of New York, on the relation of Sylvester D. Baldwin, against William McAdoo, as police commissioner of the city of New York. No opinion. Appeal dismissed, with costs.

PEOPLE ex rel. BEBRO, Appellant, v. BOND, Respondent. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of Harry J. Bebro, against George Bond.

PER CURIAM. In view of the express finding of the court at Special Term that the person whose custody is in question in this proceeding is not insane, we think there was no authority to remand her to the custody of the respondent. The order is therefore modified by striking out the direction that she be so remanded, and, as so modified, is affirmed, without costs of this appeal. See 93 N. Y. Supp. 277.

PEOPLE ex rel. BREWSTER, Appellant, v. OLD GUARD OF CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people, on the relation of Henry H. Brewster, against the Old Guard of the City of New York. O. B. Thomas, for appellant. S. H. Stuart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BROWN, Respondent, v. SULLIVAN et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of Walter B. Brown, against Timothy P. Sullivan and others. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. BURKE v. PARTRIDGE, Police Com'r. (Supreme Court, Appellate Division, First Department. February 9, 1906.) Proceedings by the people of the state of New York, on the relation of Thomas A. Burke, against John N. Partridge, as police commissioner. L. J. Grant, for relator. T. Connolly for respondent.

PER CURIAM. Writ dismissed, and proceedings affirmed, with costs.
McLAUGHLIN, J., dissents.

PEOPLE ex rel. DENTON v. PARTRIDGE, Police Com'r. (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of John A. Denton, against John N. Partridge, police commissioner, etc. No opinion. Determination confirmed, with costs.

PEOPLE ex rel. DURYEE v. DURYEE. (Supreme Court, Appellate Division, First Department. January 12, 1906.) Proceedings by the people of the state of New York, on the relation of Gustavus A. Duryee, against Emma G. Duryee. No opinion. Motion denied, with $10 costs.